UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD L. HOOD,

    Plaintiff,

    v.

MENARD TACTICAL TEAM, et al.,

    Defendants.

Case No. 05-cv-214-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 25) of Magistrate Judge Donald G. Wilkerson recommending that the Court grant plaintiff Richard L. Hood's motion for default judgment (Doc. 22).

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 25), **GRANTS** Hood's motion for default judgment (Doc. 22) and accepts as true all factual allegations in the complaint, *see Black v. Lane*, 22 F.3d 1395, 1399 (7th Cir. 1994). The Court declines to determine the amount of damages, if any, or to enter judgment at this time due to the existence of other claims in this case.

**IT IS SO ORDERED.**
**DATED: May 5, 2009**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**