UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD L. HOOD,

    Plaintiff,

v.                                Case No. 05-cv-214-JPG

MENARD TACTICAL TEAM, UNKNOWN
CORRECTIONAL EMPLOYEES and
WARDEN MCADORY,

    Defendants.

## JUDGMENT

This matter having come before the Court, the Court having dismissed some claims and a defendant having failed to plead or otherwise defend against other, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on plaintiff Richard L. Hood's claim against defendant Warden Eugene McAdory is entered against Warden Eugene McAdory and in favor of plaintiff Richard L. Hood in the amount of zero dollars; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Richard L. Hood's claims against the Menard Tactical Team and Unknown Correctional Employees are dismissed without prejudice.

                                              **NANCY J. ROSENSTENGEL, Clerk of Court**

Date:  February 7, 2011            **By: s/ Jina Hoyt, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**